UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE SINGLETON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-5763** |
| **TOBY SMITH, ET AL** | **SECTION: "S" (3)** |

## ORDER AND REASONS

Before the court is the **Motion to Dismiss**, filed by defendant, Atain Specialty Insurance Company. Rec. Doc. 66. Counsel for plaintiff has informed the court that he does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and defendant Atain Specialty Insurance Company is **DISMISSED with prejudice**.

New Orleans, Louisiana, this  5th   day of January, 2021.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE